UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:03-CR-73 |
| ) | |
| ) | |
| LEKO JONES ) | |

## **O R D E R**

This criminal matter is before the Court to address a motion filed by the defendant, who is subject to mandatory detention, to be permitted to attend the funeral of his mother on February 20, 2005 in Burlington, North Carolina. Based upon the defendant's lengthy criminal history which includes charges for violent offenses and charges involving firearms, it is hereby **ORDERED** that this motion is **DENIED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE